| DOCUMENTS UNDER SEAL ☐ | | DOCUMENT NUMBER: | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Ivy Lerma Garcia | REPORTER/FTR<br>FTR 6/29/07 1:36:33-1:49:59 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>6/29/07 | NEW CASE ☐ | CASE NUMBER<br>4-07-70388-WDB |

### APPEARANCES

| DEFENDANT<br>RAFAEL MIRANDA<br>THOMAS RICHARD WILLIAMS | AGE | CUST<br>Yes<br>Yes | P/NP<br>P<br>P | ATTORNEY FOR DEFENDANT<br>Jerome Matthews (Spec.Appear.)<br>Jerome Matthews (Spec. Appear.) | PD. ☒ RET. ☐<br>APPT ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Michelle Morgan Kelly | | INTERPRETER<br>None | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Taifa Gaskins | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

**BOTH DEFTS:** PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD  TYPE NH IN TIME FIELD)

| ☒ INITIAL APPEAR<br>time 13 Mins HELD | ☐ PRELIM HRG<br>time | ☐ MOTION<br>time | ☐ JUGM'T & SENTG<br>time | ☐ STATUS<br>time |
|---|---|---|---|---|
| ☐ I.D. COUNSEL<br>time | ☐ ARRAIGNMENT<br>time | ☐ BOND SIGNING<br>time | ☐ IA REV PROB. or S/R<br>time | ☐ BAIL REVIEW<br>time |
| ☐ DETENTION HRG<br>time | ☐ ID/REMOVAL HRG<br>time | ☐ CHANGE PLEA<br>time | ☐ PROB. REVOC.<br>time | ☐ SUP REL HRG<br>time |

**BOTH DEFTS:** INITIAL APPEARANCE

| ☒ ADVISED<br>OF RIGHTS<br>6/29/07 | ☒ ADVISED<br>OF CHARGES<br>6/29/07 | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

ARRAIGNMENT

| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | ☐ READING WAIVED<br>SUBSTANCE | ☐ WAIVER |
|---|---|---|---|

RELEASE

| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |

**BOTH DEFTS:**                                                                                                                                                                         **BOTH DEFTS:**

| ☒ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☒ REMANDED<br>TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

PLEA

| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

**AS TO BOTH DEFTS:**          CONTINUANCE

| TO:<br>7/3/07 | ☒ I.D. COUNSEL | ☐ BOND<br>SIGNING | ☐ STATUS RE:<br>CONSENT | ☐ STATUS/TRIALSET |
|---|---|---|---|---|
| AT:<br>10:00 a.m. | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING OR | ☐ CHANGE OF<br>PLEA | ☐ BAIL REVIEW |
| BEFORE HON.<br>WAYNE D. BRAZIL | ☒ DETENTION<br>HEARING | ARRAIGN-<br>MENT | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC 3161 | ☐ IDENTITY/<br>REMOVAL | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP.REL.<br>REV. HEARING |

ADDITIONAL PROCEEDINGS

Both defts. told Court that they would like to retain their own private counsel. The Court told both defts. that as soon as they retain their own private attorneys, their attorneys can contact Pret. Svcs. if they want the defts. to be interviewed by Pret. Svcs.

cc: WDB's Stats, Pretrial

*FILED JUN 2 9 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA OAKLAND*