| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK<br>Ivy Lerma Garcia | DOCUMENT NUMBER: | |
|---|---|---|---|
| | | REPORTER/FTR<br>FTR 7/10/07 10:04:43-10:08:24 | |
| MAGISTRATE JUDGE<br>HON. WAYNE D. BRAZIL | DATE<br>7/10/07 | NEW CASE ☐ | CASE NUMBER<br>4-07-70388-WDB |

DOCUMENTS UNDER SEAL ☐

### APPEARANCES

| DEFENDANT<br>RAFAEL MIRANDA | AGE | CUST<br>Yes | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Guadalupe Valencia (Spec. Appear.) | PD. ☐  RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Michelle Morgan-Kelly | INTERPRETER<br>Interpreter not needed by deft. | | | ☐ FIN. AFFT<br>SUBMITTED | ☐ COUNSEL APPT'D |
| PROBATION OFFICER<br>None | PRETRIAL SERVICES OFFICER<br>Victoria Gibson | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD TYPE NH IN TIME FIELD)

| ☐ INITIAL APPEAR<br>time FURTHER | ☐ PRELIM HRG<br>time | ☐ MOTION<br>time | ☐ JUGM'T & SENTG<br>time | ☒ STATUS<br>time 3 Mins HELD |
|---|---|---|---|---|
| ☒ I.D. COUNSEL<br>time 1 Min HELD | ☐ ARRAIGNMENT<br>time | ☐ BOND SIGNING<br>time | ☐ IA REV PROB. or<br>time S/R | ☐ BAIL REVIEW<br>time |
| ☐ DETENTION HRG<br>time | ☐ ID/REMOVAL HRG<br>time | ☐ CHANGE PLEA<br>time | ☐ PROB. REVOC.<br>time | ☐ SUP REL HRG<br>time |

**FILED**
**JUL 10 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### INITIAL APPEARANCE

| ☐ ADVISED<br>OF RIGHTS | ☐ ADVISED<br>OF CHARGES | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | ☐ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT |
|---|---|---|---|

### RELEASE

| ☐ RELEASED<br>ON O/R | ☐ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>☐ CASH  $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☐ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☒ REMANDED<br>TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

### CONTINUANCE

| TO:<br>7/24/07 | ☒ FURTHER<br>I.D. COUNSEL | ☐ BOND<br>SIGNING | ☐ STATUS RE:<br>CONSENT | ☐ STATUS/TRIALSET |
|---|---|---|---|---|
| AT:<br>10:00 a.m. | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☒ PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | ☐ CHANGE OF<br>PLEA | ☐ BAIL REVIEW |
| BEFORE HON.<br>WAYNE D. BRAZIL | ☒ DETENTION<br>HEARING OR<br>SETTING | | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☒ TIME WAIVED BY<br>DEFT. RE: HIS DETEN.<br>HRG. & PRELIM. HRG./<br>ARRAIGNMENT ON INDICTMENT | ☐ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY/<br>REMOVAL | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP.REL.<br>REV. HEARING |

### ADDITIONAL PROCEEDINGS

At this time, Atty. Guadalupe Valencia told Court that he and his office is still making a spec. appear. on behalf of the deft. He said he will be able to finalize the issue re: deft's representation with the deft. and his family within a week from now. Atty. Guadalupe Valencia asked the Court to continue this matter either on 7/23/07 or 7/24/07 - without objections from both the deft. and the govt's atty., request GRANTED. Atty. G. Valencia will contact Pret. Services if he decides that the deft. needs to be interviewed by Pret. Services prior to the 7/24/07 hearing date.

cc: WDB's Stats, Pretrial